**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

| | |
|---|---|
| DAMON HILL, <br><br> Plaintiff, <br><br> vs. <br><br> VOYA FINANCIAL, <br><br> Defendant. | ) <br> ) <br> ) Case No. 3:20-cv-353-CRS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441(a) and 1446, *et seq.*, Defendant Voya Financial, Inc. ("Voya") files this Notice of Removal of this action from State Court to this Court and respectfully states as follows:

1. On or about April 21, 2020, Plaintiff Damon Hill ("Hill") commenced a civil action in the Circuit Court of Jefferson County, Kentucky ("the State Court"), bearing the style, *Damon Hill v. Voya Financial*, Docket No. 20-CI-002597 ("the Civil Action"). The Civil Action is still pending in the State Court.

2. Hill served a copy of the Summons and Complaint on the Kentucky Secretary of State on April 29, 2020, which then forwarded the same to Voya. The documents attached at Exhibit A include all process, pleadings, and orders received by Voya in the Civil Action to date.

3. Voya has, to date, made no appearance in the Civil Action in State Court.

4. The Civil Action is one of which this Court has federal question jurisdiction pursuant to 28 U.S.C. § 1331 and removal jurisdiction pursuant to 28 U.S.C. § 1441 in that:

   (a) The Complaint asserts a claim to recover long-term disability ("LTD") benefits, to enforce rights, and/or to clarify rights to future LTD benefits under group LTD

32679706v.1

        Policy No. 69500-9LTD2011 ("the Policy"). The certificate of coverage for the Policy is attached as <u>Exhibit B.</u> The Policy, which funds benefits under an "employee welfare benefit plan," is governed exclusively by the Employee Retirement Income Security Act ("ERISA") 29 U.S.C. § 1001, *et seq.*;

(b)     The Policy is a "plan document" under a plan which is established or maintained by an employer as defined by ERISA, 29 U.S.C. § 1002(1), and Hill purports to be a participant in the plan;

(c)     Hill's sole and exclusive remedy, if any, for the losses suffered and benefits claimed arises under ERISA, 29 U.S.C. § 1132(a)(1)(B). Plaintiff's Complaint, on its face, asserts entitlement to benefits under ERISA. And, any state law claim for benefits that is or may be plead is completely preempted and displaced by the civil enforcement provision of ERISA, Section 502, 29 U.S.C. § 1132, *Metropolitan Life Ins. Co. v. Taylor*, 481 U.S. 58 (1987); and

(d)     This Court has original jurisdiction of Hill's claim for benefits under the civil enforcement provision of ERISA, 29 U.S.C. § 1132(e)(1), which gives this Court jurisdiction without regard to the amount in controversy or the citizenship of the parties.

5.     Voya has filed this Notice prior to the expiration of thirty (30) days following its first receipt of the Complaint, through service or otherwise.

6.     The judicial district and division of this Court embraces Jefferson County, Kentucky, the place where the Civil Action is pending.

7.  Voya will give written notice to Hill and will file a Notice of Filing of Notice of Removal with the Clerk of the Circuit Court of Jefferson County, Kentucky.  Voya attaches a copy of the Notice of Filing of Notice of Removal as Exhibit C.

WHEREFORE, defendant, Voya Financial, Inc., prays that the Civil Action now pending against it in the Circuit Court of Jefferson County, Kentucky be removed therefrom to this Court.

STURGILL, TURNER, BARKER & MOLONEY, PLLC

By:  /s/ *Joshua M. Salsburey*
Joshua M. Salsburey  (89038)
333 West Vine Street, Suite 1500
Lexington, KY  40507
Telephone:  (859) 255-8581
Telecopier:  (859) 231-0851
jsalsburey@sturgillturner.com

Robyn L. Anderson (Pro Hac Vice Pending)
LATHROP GPM LLP
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri  64108-2618
Telephone:  (816) 292-2000
Telecopier:  (816) 292-2001
russell.headrick@lathropgpm.com
robyn.anderson@lathropgpm.com

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of May, 2020, a copy of the above pleading was served via the District Court ECM/ECF system, and by first class United States mail, postage prepaid, on the following counsel of record:

Robert A. Florio
1500 Story Avenue
Louisville, KY  40206
Email: raflorioatty@hotmail.com

ATTORNEY FOR PLAINTIFF

                                        /s/ *Joshua M. Salsburey*
                                        Joshua M. Salsburey  (89038)